IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY GETTINGS, | No. CIV S-08-1334-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| THE AMERICAN RACING PIGEON UNION, INC., et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, proceeding pro se, brings this civil action. Pending before the court is defendant's motion to dismiss (Doc. 5) filed July 21, 2008. Pursuant to an amended notice of motion, this matter is on calendar for hearing before Magistrate Judge Kellison on September 10, 2008, at 10:00 a.m. Plaintiff filed his response in opposition on August 14, 2008 (Doc. 12), and defendant file a reply on September 3, 2008 (Doc. 13).

/ / /

/ / /

/ / /

/ / /

/ / /

1

1       The court finds this matter is appropriate for submission on the papers currently on file without oral argument.  <u>See</u> Local Rule 78-230(h).  The court has the power to reopen the matter for further briefs, oral arguments, or both if the court deems it necessary.  <u>See id.</u>  Accordingly, the hearing set for September 10, 2008, at 10:00 a.m. is hereby vacated and this matter is submitted.

      IT IS SO ORDERED.

DATED: September 4, 2008

                                                      **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE