IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY GETTINGS, | No. 2:08-cv-01334-MCE-CMK |
| Plaintiff, | |
| vs. | ORDER |
| THE AMERICAN RACING PIGEON UNION, INC., et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 29, 2009, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 29, 2009, are adopted in full;

2. Defendants' motion to dismiss (Doc. 5) is granted;

3. This case is dismissed for lack of subject matter jurisdiction; and

4. The Clerk of the Court is directed to enter judgment and close this case.

Dated: February 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE